# United States Court of Appeals

## For the First Circuit

No. 21-1120

UNITED STATES,

Appellee,

v.

HANFORD CHIU,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court, issued on June 2, 2022, is amended further as follows:

On the cover page, replace "Rachel S. Rollins" with "Rachael S. Rollins"